# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

137761
(49)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY,
      Plaintiff-Appellant,

v

SC: 137761
COA: 277765
Kalamazoo CC: 06-000087-CZ

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 22, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk